Matthew Righetti, Esq. (SBN: 121012)
matt@righettilaw.com
John Glugoski, Esq. (SBN: 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
2001 Union Street, Suite 400
San Francisco, CA  94123
Telephone: (415) 983-0900

Reuben D. Nathan (State Bar No. 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Tel. No.: (949) 270-2798
E-Mail: rnathan@nathanlawpractice.com

Attorneys for Plaintiff DARREN RYAN

[Additional Counsel on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN RYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MR. BAR-B-Q PRODUCTS LLC; and Does 1 through 10, Inclusive.<br><br>Defendants. | Case No.  5:24-cv-02605-EKL<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Hearing: July 16, 2025 1:30 p.m.**<br>**[Zoom Video ]** |

159548727.1

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
2  GARTH N. WARD, SB# 202965
3  E-Mail: Garth.Ward@lewisbrisbois.com
   ADAM P. O'CONNOR, SB# 261685
4  E-Mail: Adam.Oconnor@lewisbrisbois.com
5  550 West C Street, Suite 1700
   San Diego, California 92101
6  Telephone: 619.233.1006
7  Facsimile: 619.233.8627

8  Attorneys for Defendant Mr. BAR-B-Q PRODUCTS, LLC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, DARREN RYAN ("Plaintiff") and Defendant MR. BAR-B-Q PRODUCTS, LLC ("Defendant") (collectively, the "Parties") hereby submit their updated Joint Case Management Statement pursuant to the Court's Case Management & Scheduling Order issued on March 3, 2025 [Dkt. 32] and in advance of the Further Case Management Conference.

## I. **MOTIONS:**

On October 30, 2024, Defendant filed its Motion for More Definitive Statement Under FRCP 12€ [Dkt. 23] ("Motion"). On November 13, 2024, Plaintiff filed his Opposition to Defendant's Motion [Dkt. 24]. On November 20, 2024, Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion [Dkt. 25]. On January 24, 2025, this Court issued its Order Denying Motion for More Definitive Statement [Dkt. 26]. There has since been no other motions filed.

On March 3, 2025, the Court issued the Case Management and Scheduling Order [Dkt. 32], setting the further Case Management Conference for July 16, 2025 at 1:30 p.m. (via Zoom Video) and issuing the following schedule, which includes deadlines for motions on summary judgment, *Daubert*, and class certification:

| Event | Deadline |
|---|---|
| Deadline to amend pleadings or add parties (without leave of court) | June 11, 2025 |
| Further case management conference | July 16, 2025 |
| Deadline to complete Early Neutral Evaluation (*see* ECF No. 31) | November 21, 2025 |
| Close of fact discovery | December 10, 2025 |
| Close of expert discovery | April 1, 2026 |
| Close of briefing on summary judgment, *Daubert*, and class certification | June 3, 2026 |
| Last day to hear summary judgment, *Daubert*, and class certification motions | July 15, 2026 |

Plaintiff's Anticipated Motion Filings:

Plaintiff anticipates filing his motion for class certification per the deadlines imposed by the Court.

Defendant's Anticipated Motion Filings:

Defendant does not anticipate filing any motions before the Early Neutral Evaluation in this action has been completed.

Defendant will oppose Plaintiff's anticipated Motion for Class Certification.

## II. STATUS OF DISCOVERY:

Plaintiffs Statement:

On March 19, 2025, Plaintiff served Defendant with Request for Production of Documents ("RPDs"), set one and Interrogatories, set one ("Rogs"). On May 2, 2025, Defendant served Plaintiff with unverified responses to Plaintiff's RPDs and Rogs.

On June 3, 2025, Plaintiff's counsel and Defendant's counsel participated in a meet and confer call regarding Defendant's deficient and unverified responses. On June 3, 2025, counsel for Defendant sent a confirming email of the Parties' meet and confer call and stating that Defendant will: (1) provide supplemental responses to the interrogatories and requests for production on or before June 11, 2025, with verification; (2) For any information that is not available by June 11, 2025, further supplemental responses will be provided by June 18, 2025, with verification; and (3) provide corrected verifications for the original responses, in addition to filing the Stipulated Protective Order the next court day after receipt of signature.

On June 24, 2025, Plaintiff's counsel emailed Defendant's counsel re Defendant's failure to serve responses on June 11 and any remaining supplemental responses by June 18 in accordance with the June 3, 2025 email, as well as failure to file the executed Stipulated Protective Order that Plaintiff's counsel provided on June 13, 2025.

On June 24, 2025, Defendant's counsel informed Plaintiff's counsel that Defendant's discovery responses are being worked on and will be provided ASAP. To date, Plaintiff has not received supplemental responses from Defendant.

Defendant's Statement:

Defendant will provide the information and documents on which the parties are meeting and conferring prior to the Case Management Conference. Any delay in filing of the Stipulated Protective Order was unintentional, and the Order has now been signed by the Court and is in force and effect.

### III. SETTLEMENT AND ADR/EARLY NEUTRAL EVALUATION:

On February 27, 2025, the issued its Order re Stipulation Selecting ADR Process, referring this action to Early Neutral Evaluation [Dkt. 31]. On May 22, 2025, the ADR Program Case Manager issued the Notice of Appointment of Evaluator [Dkt. 34], appointing Shirish Gupta. On June 24, 2025, the Parties participated in the phone conference prior to ENE session, at which time the evaluator set the ENE Session for July 29, 2025.

### IV. OTHER ISSUES:

Plaintiff intends to file a motion to compel responses because Defendants have failed to serve responses and/or production, despite multiple informal attempts by Plaintiff.

Defendant's Statement:

Defendants will provide supplemental verified responses and anticipates there will be no need for a motion to compel responses.

Dated: July 2, 2025          **RIGHETTI GLUGOSKI, P.C.**
                             **NATHAN & ASSOCIATES, APC**


                             By:      /s/ Reuben D. Nathan
                                   REUBEN D. NATHAN
                                   Attorneys for Plaintiff

1  Dated: July 2, 2025          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                      By:  */s/ Adam P. O'Connor*
                           GARTH N. WARD
                           ADAM P. O'CONNOR
                           Attorneys for Defendant