Matthew Righetti, Esq. (SBN: 121012)
matt@righettilaw.com
John Glugoski, Esq. (SBN: 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
2001 Union Street, Suite 400
San Francisco, CA 94123
Telephone: (415) 983-0900

Reuben D. Nathan (State Bar No. 208436)
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 270-2798

Attorneys for Plaintiff DARREN RYAN

[Counsel for Defendant on Next Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN RYAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MR. BAR-B-Q PRODUCTS LLC; and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 5:24-cv-02605-EKL<br><br>[Assigned to Hon. Judge Eumi K. Lee]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. PIERCE, SB# 210539
Email: Amy.Pierce@lewisbrisbois.com
GARTH N. WARD, SB# 202965
E-Mail: Garth.Ward@lewisbrisbois.com
ADAM P. O'CONNOR, SB# 261685
E-Mail: Adam.Oconnor@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant Mr. BAR-B-Q PRODUCTS, LLC

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff DARREN RYAN and Defendant MR. BAR-B-Q PRODUCTS LLC, acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: September 3, 2025        **NATHAN & ASSOCIATES, APC**

By:     */s/ Reuben D. Nathan*
            REUBEN D. NATHAN

*Attorneys for Plaintiff*

Dated: September 3, 2025        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     */s/ Adam P. O'Connor*
            GARTH N. WARD
            ADAM P. O'CONNOR

*Attorneys for Defendant*

### *CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION*

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 3, 2025        */s/ Reuben D. Nathan*
                                            Reuben D. Nathan